RUTLAND,
January,
1838.

## LEVI FINNEY *v.* THEODORE HILL.

### (*Practice.*)

THIS case was brought here on exceptions to the decision of the county court, vacating the judgment of a justice of the peace, and allowing an appeal from said judgment to be entered in that court. The action yet remained on the docket of the county court, having been continued to await the judgment of this court on the exceptions.

The court declined hearing argument in the case, and instructed the clerk to treat it as a misentry, as no case can be entertained here, on exceptions to the judgment of the county court, till the whole case is there disposed of. See *ante,* *Fisk* v. *Herrick,* 67.